IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA CARTER-BUTLER,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>TARGET STORE #2596, et al.,<br><br>　　　　　*Defendants*. | CVIL ACTION<br>NO. 15-04030 |

# **ORDER**

**AND NOW**, this 19th day of February, 2016, upon consideration of Target Corporation's ("Target") Motion for Summary Judgment (ECF No. 13), Pamela Carter-Butler's Response (ECF No. 14) and Target's Reply (ECF No. 26), it is hereby **ORDERED** that the motion is **GRANTED**.  This case is dismissed and the clerk of court shall close this matter.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J

1